# United States District Court
# Eastern District of California

| | |
|---|---|
| MARIA ELENA URIBE VARGAS<br>Plaintiff(s)<br><br>V.<br><br>MARKWAYNE MULLIN, et al<br>Defendant(s) | Case Number: 1:26-cv-06162-JLT-FJS<br><br>APPLICATION FOR PRO HAC VICE AND ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eduardo Rigoberto Soto hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Maria Elena Uribe Vargas

On 04/28/1995 (date), I was admitted to practice and presently in good standing in the Southern District of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

1:26-cv-03196-RLP Gonzalez Perez v. Mullen et al; PHV application filed on May 13, 2026.
PHV application granted.

Date: 08/04/2026 Signature of Applicant: /s/ Eduardo R. Soto, Esq

**Pro Hac Vice Attorney**

Applicant's Name: Eduardo Rigoberto Soto

Law Firm Name: Eduardo Soto & Associates, P.A.

Address: 999 Ponce de Leon Blvd., Suite 1040

City: Coral Gables State: FL Zip: 33143

Phone Number w/Area Code: (305) 446-8686

City and State of Residence: Coral Gables, Florida

Primary E-mail Address: federal@esotopa.com

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Vanessa Molina

Law Firm Name: The Law Office of Vanessa Molina

Address: 1530 Lancaster Point Way

City: San Diego State: CA Zip: 92154

Phone Number w/Area Code: (619) 790-4300 Bar # 325672

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 6, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE